IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                    No. CIV S-06-0391 GEB JFM P

    vs.

DOWNING, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 31, 2006, plaintiff was directed to submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period that preceded the filing of this action. Plaintiff has now filed a completed in forma pauperis application pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Good cause appearing, plaintiff will be given one additional opportunity to submit the certified copy in support of his application to proceed in forma pauperis.

/////

/////

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
2  submit, within thirty days from the date of this order, a certified copy of his prison trust account
3  statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's
4  failure to comply with this order will result in a recommendation that this action be dismissed
5  without prejudice.
6  DATED:  August 14, 2006.

    _____
    UNITED STATES MAGISTRATE JUDGE

10  12/mp
11  winf0391.3e