IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

     Plaintiff,                     2:06-cv-0391-GEB-JFM-P

     vs.

DOWNING, et al.,

     Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 28, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On March 14, 2007, plaintiff filed objections to the findings and recommendations.[1]

---

[1] In his objections to the findings and recommendations, plaintiff states he also wants to renew his lawsuit against Grace Downing. However, plaintiff's August 31, 2006 request to dismiss Grace Downing from this case was granted on December 22, 2006. (Id., at 2.) Plaintiff must file a new action if he wishes to pursue claims against Grace Downing.

1

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2006, are adopted in full; and

2. This action is dismissed for failure to state a claim upon which relief may be granted.

Dated: March 16, 2007

GARLAND E. BURRELL, JR.
United States District Judge